4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| NOLAN B. MATHEWS | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. B-00-005 |
| LOCKHEED MARTIN CORPORATION | § | |

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| _/s/ James H. Herrmann_<br>JAMES A. HERRMANN | Nolan B. Mathews<br>Plaintiff | 01/28/00 |
| _[signature]_ | Def. Lockheed Martin Corp. | 02/15/00 |

### ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

2-17-00
Date

_[signature]_
Filemon B. Vela
United States District Judge

**NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**