5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 07 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| NOLAN B. MATHEWS * | |
| * | |
| VS. * | CIVIL ACTION NO. B-00-005 |
| * | |
| LOCKHEED MARTIN CORPORATION * | |

### SCHEDULING ORDER AND ORDER SETTING TRIAL DATE

On this 28th day of February, 2000, the Parties appeared through their respective attorneys of record. The Parties agreed to a trial setting of **September 6, 2000** at ~~~~ 9:00 a.m. with a ~~Final Pre-Trial Hearing on~~ Jury Selection on **September 1, 2000** at 8:30 a.m. BEFORE MAGISTRATE JUDGE JOHN WM. BLACK.

The Parties also agreed on deadlines to be imposed by a Scheduling Order as follows:

1. Plaintiff's deadline to designate experts is **June 1, 2000**;
2. Defendant's deadline to designate experts is **June 8, 2000**;
3. The deadline for filing dispositive motions and the discovery cut off date is **July 1, 2000**; and
4. The deadline for filing a Joint Pre-Trial Order is **August 14, 2000**.
5. FINAL PRETRIAL CONFERENCE BEFORE MAGISTRATE JUDGE BLACK AUGUST 14, 2000 AT 2:00 P.M

SIGNED FOR ENTRY this 6TH day of MARCH, 2000.

_____
JUDGE PRESIDING

AGREED TO:

_____
JAMES A. HERRMANN

_____
JAIME A. SAENZ

Copies to:
James A. Herrmann
Jaime A. Saenz