13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

OCT 2 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| NOLAN B. MATHEWS, | § | |
| Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-005 |
| LOCKHEED MARTIN CORPORATION, | § § § | |
| Defendant. | § § | |

## ORDER

Pending before this Court is Defendant Lockheed Martin Corporation's Motion for Summary Judgment (Docket No. 6). After careful consideration of said matter, the Court is of the opinion that this motion should be **GRANTED**. Plaintiff's lawsuit is **DISMISSED WITH PREJUDICE**.

DONE at Brownsville, Texas, on this the 20th day of October, 2000.

_____
John Wm. Black
United States Magistrate Judge